**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSANNA ARELLANO,<br><br>      Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>      Defendant. | NO. CV 17-5073-E<br><br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

Dated: May 25, 2018.

                                          _____/S/_____
                                                  CHARLES F. EICK
                                      UNITED STATES MAGISTRATE JUDGE